UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6720

WILLARD RUDY HAMPTON,

Plaintiff - Appellant,

versus

LAWRENCE SIMPSON, Sheriff; LIEUTENANT SHELDON;
SERGEANT TYREE; SERGEANT MCCOY; SERGEANT CASH;
DEPUTY MASON; DEPUTY THOMAS; DEPUTY GUTHERIE;
DEPUTY VIA; DEPUTY ALEXANDER; DEPUTY WOODS;
NURSE DAVIS; NURSE BAKER,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-96-1060-R)

Submitted: January 26, 1999        Decided: April 19, 1999

Before WIDENER and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willard Rudy Hampton, Appellant Pro Se. Abram William VanderMeer,
Jr., CLARK & STANT, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willard R. Hampton appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hampton v. Simpson</u>, No. CA-96-1060-R (W.D. Va. Apr. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>